Argued and submitted June 10, affirmed November 17, 2010

Robert L. RIEMENSCHNEIDER,
*Plaintiff-Appellant,*

*v.*

CROOK COUNTY,
a political subdivision of the State of Oregon;
and State of Oregon,
by and through the
Department of Land Conservation and Development,
*Defendants-Respondents.*

Crook County Circuit Court
06CV0074; A141016

243 P3d 136

Edward P. Fitch argued the cause for appellant. With him on the briefs was Bryant, Emerson & Fitch, LLP.

Stephanie L. Striffler, Senior Assistant Attorney General, argued the cause for respondent State of Oregon. With her on the briefs were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General. David M. Gordon, Crook County Counsel, joined in the answering brief for respondent Crook County.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *Powell v. DLCD*, 238 Or App 678, 243 P3d 798 (2010).